UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-7211-JGB (SK); and 5:26-cv-4340-SK Date: August 7, 2026

Title Re: Petitioner Santos (Adrian) Castro-Pastora

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Ashley Silva | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **CASE COORDINATION ORDER**

Petitioner Santos Adrian Castro-Pastora appears to have two 28 U.S.C. § 2241 petitions pending at the same time. He also has different counsel in each—one appointed, the other retained. Meanwhile, in Case No. 2:26-cv-7211, the government filed a notice of intended removal just days before petitioner filed his second counseled petition in Case No. 5:26-cv-4340.

For these reasons, counsel for petitioner (appointed and retained) are ordered to confer telephonically with counsel for the government for a case-coordination conference by no later than 5 PM PT August 10, 2026. No later than three days after that conference, the parties shall take file the necessary stipulations and proposed orders in both cases, complying with their obligations to ensure the most just, speedy, and inexpensive determination of both actions and to avoid needless duplicative or piecemeal litigation.

IT IS SO ORDERED.