# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS ADRIAN CASTRO-PASTORA,<br><br>          Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>          Respondents. | CASE NO. 5:26-cv-04340-SK<br><br>**ORDER DENYING PETITION WITHOUT PREJUDICE AS MOOT** |

Based on the government's notice that petitioner has been removed from the United States under a final removal order, petitioner's request for release from federal custody pursuant to 28 U.S.C. § 2241 is DENIED as moot. Judgment dismissing this habeas action without prejudice will be entered accordingly.

IT IS SO ORDERED.

DATED: August 13, 2026

_____

STEVE KIM
United States Magistrate Judge