JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS ADRIAN CASTRO-PASTORA,<br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>Respondents. | CASE NO. 5:26-cv-04340-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Petition Without Prejudice as Moot, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.

The Court Clerk shall close this case.

DATED: August 13, 2026

STEVE KIM
United States Magistrate Judge